IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SCOTT PISTONE,

    Plaintiff,

v.   No. 13-cv-0920 MV/SMV

STATE OF NEW MEXICO PUBLIC
DEFENDER DEPARTMENT and
T. DAVID EISENBERG,

    Defendants.

## THIRD ORDER TO SHOW CAUSE AND
## ORDER SETTING IN-PERSON SHOW-CAUSE HEARING

THIS MATTER is before the Court on Defendants' Notice Regarding Memorandum Opinion and Order to Pay Defendants' Reasonable Expenses [Doc. 63], filed on June 5, 2015. On February 25, 2015, the Court ordered Plaintiff to pay to Defendants $637 within 90 days (or no later than May 26, 2015). [Doc. 47]. That deadline has come and gone, and Defendants report that Plaintiff has failed to make the payment or any portion of it. [Doc. 63].

**IT IS THEREFORE ORDERED** that Plaintiff Scott Pistone shall **personally appear** on **June 25, 2015, at 10:30 a.m. in the Doña Ana Courtroom at the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico** to show cause why he should not be sanctioned—up to and including further monetary sanctions and entry of judgment in Defendants' favor—for failure to comply with the Court's Memorandum Opinion and Order to pay Defendants' Reasonable Expenses [Doc. 47].

**IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**